

FILED

JUN 26 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>DR. LANKFORD,<br><br>    Defendant. | No. C 14-02428 BLF (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against a medical official at the High Desert State Prison ("HDSP") for unconstitutional acts. Because the acts complained of occurred in Lassen County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    **IT IS SO ORDERED.**

DATED: _June 26, 2014_

                                              BETH LABSON FREEMAN
                                              United States District Judge